## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Omar Garvin

                        Plaintiff,

v.                                                      Case No.: 1:18–cv–00630
                                                                    Honorable Manish S. Shah

La Rabida Children's Hospital

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 17, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, defendant's motion to dismiss [13] is denied. The 11/7/18 fact discovery and other scheduling deadlines remain in place. See [22]. Continued status hearing is set for 11/16/18 at 9:30 a.m. The parties may contact the courtroom deputy for a settlement referral. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.